UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDDIE LEE WIGGINS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:04-cv-13-JDT-TAB |
| ) | |
| DET. KEVIN KINDER, ) | |
| DETECTIVE DAGUE, ) | |
| ) | |
| Defendants. ) | |

To: Superintendent, Pendleton Correctional Facility

**Notice and Order Regarding Issuance and Compliance with Subpoena**

Consistent with the ruling made in paragraph 5.a. of the Entry issued on January 13, 2006, the clerk shall **issue a subpoena** to be issued to the Superintendent of the Pendleton Correctional Facility. This subpoena shall command the production of the nonconfidential portions of the medical packet of the plaintiff, Eddie Lee Wiggins, Jr., DOC #852006, to the Clerk of the United States District Court, Room 105, 46 East Ohio Street, Indianapolis, IN 46204, not later than **thirty (30) calendar days** following the issuance of this Entry.

In complying with the subpoena, you may proceed in one of two ways. First, you may submit the described materials and request that they be returned to you. If this request is made, the requested materials will be returned to you within one (1) week of the date they are received by the clerk. Second, you may submit a copy of the described materials without the expectation that they will be returned to you. If no request is made that the materials be returned to you, it will be assumed that you are not seeking the return of the materials.

If you have a question regarding compliance with the subpoena issued with this Notice and Order, you may call a Pro Se Clerk at 317-229-3950.

**IT IS SO ORDERED.**

Date: 01/25/2006

John Daniel Tinder, Judge
United States District Court

Copies to:

Eddie Lee Wiggins, Jr., DOC #852006
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Lakshmi Devi Hasanadka
CORPORATION COUNSEL
lhasanad@indygov.org

Superintendent
c/o Neil Potter
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064