UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| EDDIE LEE WIGGINS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:04-cv-13-JDT-TAB |
| | ) | |
| DET. KEVIN KINDER, | ) | |
| DETECTIVE DAGUE, | ) | |
| | ) | |
| Defendants. | ) | |

To: Superintendent, Pendleton Correctional Facility

**Order to Produce Inmate at Court Proceeding**

You or your designee(s) are **ORDERED** to produce Eddie Lee Wiggins, Jr., at the time and place specified in this Order.

| | |
|---|---|
| Inmate to be Produced: | Eddie Lee Wiggins, Jr., DOC #852006 |
| Date to be Produced: | February 27, 2006 |
| Time: | 9:15 a.m. |
| Place to be Produced: | Room 307<br>United States Courthouse<br>46 East Ohio Street<br>Indianapolis, Indiana |

Expected Duration of Court Proceeding: All Day

Any questions or information concerning this Order should be brought to the attention of a pro se clerk at 317-229-3950.

_____
John Daniel Tinder, Judge
United States District Court

Date: 01/31/2006

Copies to:

Eddie Lee Wiggins, Jr., DOC #852006
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Lakshmi Devi Hasanadka
CORPORATION COUNSEL
lhasanad@indygov.org

Pro Se Administrator

United States Marshal
46 East Ohio Street
179 U.S. Courthouse
Indianapolis, IN 46204

Superintendent
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064